IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Thomas Leo Boone, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3875 |
| | § | |
| Davol, Inc., et al, | § | |
| | § | |
| | § | |
| Defendants. | § | |

ORDER GRANTING STAY OF PROCEEDINGS

Pending is Defendant's Unopposed Motion to Stay All Proceedings Pending Transfer to Federal MDL (Document No. 4). The motion is well taken, and it is therefore

ORDERED that Defendant's Unopposed Motion to Stay is GRANTED, and all proceedings in this case are STAYED pending transfer to cause number 1:07-MDL-1842, in the District of Rhode Island. If the transfer has not been effected by March 20, 2008, the parties will provide a joint status report to the Court to advise whether this STAY should be lifted.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 20th day of December, 2007.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE